UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | CIVIL NO. 20-01384 |
| vs. | |
| R & M MASONRY CONTRACTORS, INC. | |
| Defendant | |

PRAECIPE TO REISSUE SUMMONS

Kindly reissue the summons for the complaint filed on March 11, 2020. The summons issued on March 11, 2020 was not received by our office.

Respectfully submitted,

KML Law Group, P.C.

By: /s/Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esquire
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　Plaintiff<br><br>vs.<br><br>R & M MASONRY CONTRACTORS, INC.<br><br>　　　　　　　Defendant | CIVIL NO. 20-01384 |

　　　I do hereby certify that service of the Praecipe to Reissue Summons and Certificate of Service was made upon:

　　　　　R & M Masonry Contractors, Inc.
　　　　　820 Fox Chase Road
　　　　　Suite 2
　　　　　Rockledge, PA 19046

by mailing a true and correct copy thereof, postage prepaid, on this 2 day of April, 2020.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　KML Law Group, P.C.


　　　　　　　　　　　　By: /s/Rebecca A. Solarz, Esq.
　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　Suite 5000 – BNY Independence Center
　　　　　　　　　　　　701 Market Street
　　　　　　　　　　　　Philadelphia, PA  19106-1532
　　　　　　　　　　　　(215) 825-6327