# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff<br><br>vs.<br><br>R & M Masonry Contractors, Inc.<br><br>    Defendants | CIVIL NO. 20-01384 |

## ORDER

AND NOW, this    17th    day of    November   , 2021, upon consideration of Plaintiff's Motion to Extend Time to Make Service it is hereby

ORDERED and DECREED that Plaintiff's Motion to Extend Time to Make Service is granted, for fourteen (14) days.

/s/ MICHAEL M. BAYLSON
MICHAEL M. BAYLSON, J.