

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff (Petitioner)<br>vs.<br>R & M MASONRY CONTRACTORS, INC.<br>Defendant (Respondent) | CASE and/or Docket No.:<br>20-01384<br>Sheriff's Sale Date: |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS:** SUMMONS, COMPLAINT

I, SHANNON BECKIER, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served R & M MASONRY CONTRACTORS, INC. the above process on 11/8/2021, at 8:32 PM, at 3617 GENESSEE DR. PHILADELPHIA, PA 19154, County of PHILADELPHIA, Commonwealth of PENNSYLVANIA:

**Manner of Service:**

By handing a copy to:
☑ A person authorized to accept service: eg: managing agent, registered agent, person in charge, etc. who is not a plaintiff in the action*

Name: RICHARD LEE
Relationship/Title/Position: OWNER

Description: Approximate Age 46-50  Height 5ft 8in - 5ft 11in  Weight 231 lbs - 250 lbs  Race WHITE  Sex MALE
Hair Bald/None

| | |
|---|---|
| Commonwealth/State of PENNSYLVANIA | ) SS: |
| County of Berks | ) |

Before me, the undersigned notary public, this day, personally, appeared SHANNON BECKIER to me known, who being duly sworn according to law, deposes the following:
I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this 11 day of Nov, 2021.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021

File Number: USA-203844
Case ID #: 6253149