UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>R & M Masonry Contractors, Inc.,<br><br>    Defendant | No. 20-01384 |

**CERTIFICATION OF SERVICE**

I, Rebecca A. Solarz, Esquire, of KML Law Group, P.C., specially appointed counsel for the United States of America, on behalf of its Agency, the Department of Labor, Occupational Safety and Health Administration, do hereby certify:

    1.  I am an attorney with the law firm of KML Law Group, P.C., attorneys for the Plaintiff in the above-captioned action.

    2.    On November 30, 2021, I mailed by certified mail, return receipt requested and also by regular mail to Defendant, R & M Masonry Contractors, Inc., an envelope containing the Requests for Default, Request for Default Judgment and Affidavits in Support, with all attachments thereto, upon Defendant at the address at which he was served with the complaint in this action:

R & M Masonry Contractors, Inc.
3617 Genessee Drive
Philadelphia, PA 19154

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

        KML Law Group, P.C.

        By: /s/Rebecca A. Solarz, Esq.
        Rebecca A. Solarz, Esquire
        Pennsylvania Attorney I.D. No. 315936
        701 Market Street, Suite 5000
        Philadelphia, PA  19106-1532
        Phone:  215-825-6327
        RSolarz@kmllawgroup.com