# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff<br><br>          v.<br><br>R & M Masonry Contractors, Inc.,<br>                    Defendant | No. 20-01384 |

## DEFAULT JUDGMENT

AND NOW, this ___13th___ day of ___December___, 2021, it appearing by Affidavit of Plaintiff, United States of America, on behalf of its Agency, the Department of Labor, Occupational Safety and Health Administration, by its specially appointed counsel, KML Law Group, P.C., by Rebecca A. Solarz, Esquire, that the Complaint in the above-captioned action was filed in the Court on Wednesday, March 11, 2020 and, after due service of process on Defendant, R & M Masonry Contractors, Inc., according to law, no appearance, answer or other defense has been served or filed by or on behalf of Defendant,

JUDGMENT IS ENTERED in favor of the Plaintiff, United States of America, on behalf of its Agency, the Department of Labor, Occupational Safety and Health Administration, and against Defendant, R & M Masonry Contractors, Inc., in the amount of $32,730.65.  Judgment is to accrue interest at the current legal rate, compounded annually until paid in full.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____

MICHAEL M. BAYLSON, U.S.D.J.